# United States Bankruptcy Court
## Northern District of Illinois

# INVOLUNTARY PETITION

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Ravenswood Medical Resources Corporation | |

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) 36-4005893 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1229 North Branch<br>Suite 107A<br>Chicago, IL 60622 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>Howard Samuels, assignee for the benefit of creditors<br>Rally Capital Services, LLC<br>350 N. LaSalle Street, Suite 1100<br>Chicago, IL 60610 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

TYPE OF DEBTOR
[ ] Individual         [ ] Stockbroker
[ ] Partnership        [ ] Commodity Broker
[X] Corporation        [ ] Railroad
[ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

middleman for providing medical supplies

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | [X] Full Filing Fee attached |
| [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304 (g) of the Bankruptcy Reform Act of 1994 is attached. |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## ALLEGATIONS
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
 b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/26/2004
Time: 16:41:50
Debtor: RAVENSWOOD MEDICAL RESO
Case: 04-39804      Fee : 209
Chapter: 7 Rec. # : 3108148
Judge: Jacqueline Cox
```

1:04BK39804-BK001

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor **Ravenswood Medical Resources Corp.**

FORM 5 Involuntary Petition
(6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x *[signed] Kevin M. [illegible] – Regional Credit Mgr* | x *[signed] Cindy M. Johnson* | 10/26/04 |
| Unisource Worldwide, Inc. 10/21/04 | Johnson & Associates | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Kevin Major, 850 N. Arlington Heights Rd, Itasca, IL 60143 | Address: 105 W. Adams St., Suite 3500, Chicago, IL 60603 | |
| | Telephone No. 312-345-1306 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x | x | |
| Diagnostic Products Corporation | Johnson & Associates | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Wilma Splaha, 5700 W. 96th St., ~~Los Angeles, CA 90045~~ | Address: 105 W. Adams St., Suite 3500, Chicago, IL 60603 | |
| | Telephone No. 312-345-1306 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x | x | |
| Olympus America, Inc. | Johnson & Associates | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Douglas Zullo, 2 Corporate Center Dr., ~~Melville, NY 11747~~ | Address: 105 W. Adams St., Suite 3500, Chicago, IL 60603 | |
| | Telephone No. 312-345-1306 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unisource Worldwide, Inc., 850 N. Arlington Heights Rd., Itasca, IL 60143 | trade debt | $ 273,495.97 ~~plus interest~~ |
| Diagnostic Products Corporation, 5700 W. 96th Street, Los Angeles, CA 90045 | trade debt | $ 65,977.57 |
| Olympus America, Inc., 2 Corporate Center Dr., Melville, NY 11747 | trade debt | $ 359,357.76 |
| | **Total Amount of Petitioners' Claims** | $ 698,831.30 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

2 continuation sheets attached

Name of Debtor **Ravenswood Medical Resources Corp.**

FORM 5 Involuntary Petition (6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>Unisource Worldwide, Inc.<br>Name of Petitioner — Date Signed<br>Kevin Major<br>Name & Mailing Address of Individual Signing in Representative Capacity: 850 N. Arlington Heights Rd, Itasca, IL 60143 | X _____ Date<br>Signature of Attorney<br>Johnson & Associates<br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |
| X *Wilma Splaha, Credit Manager*<br>Signature of Petitioner or Representative (State title)<br>Diagnostic Products Corporation  10-21-04<br>Name of Petitioner — Date Signed<br>Wilma Splaha<br>5700 W. 96th St.<br>Los Angeles, CA 90045 | X *Cindy M Johnson*  10/26/04<br>Signature of Attorney — Date<br>Johnson & Associates<br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |
| X _____<br>Signature of Petitioner or Representative (State title)<br>Olympus America, Inc.<br>Name of Petitioner — Date Signed<br>Douglas Zullo<br>2 Corporate Center Dr,<br>Melville, NY 11747 | X _____ Date<br>Signature of Attorney<br>Johnson & Associates<br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unisource Worldwide, Inc., 850 N. Arlington Heights Rd., Itasca, IL 60143 | trade debt | $ 273,495.97 plus interest |
| Diagnostic Products Corporation, 5700 W. 96th Street, Los Angeles, CA 90045 | trade debt | $ 65,977.57 |
| Olympus America, Inc., 2 Corporate Center Dr., Melville, NY 11747 | trade debt | $ 359,357.76 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $ 698,831.30 |

____ continuation sheets attached

Name of Debtor <u>Ravenswood Medical Resources Corp.</u>

FORM 5 Involuntary Petition (6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br><u>Unisource Worldwide, Inc.</u><br>Name of Petitioner  Date Signed<br>Kevin Major<br>Name & Mailing  850 N. Arlington Heights Rd<br>Address of Individual  Itasca, IL 60143<br>Signing in Representative<br>Capacity | X _____ Date<br>Signature of Attorney<br><u>Johnson & Associates</u><br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><u>Diagnostic Products Corporation</u><br>Name of Petitioner  Date Signed<br>Wilma Splaha<br>Name & Mailing  5700 W.96th St.<br>Address of Individual  Los Angeles, CA 90045<br>Signing in Representative<br>Capacity | X _____ Date<br>Signature of Attorney<br><u>Johnson & Associates</u><br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |
| X /s/ Douglas A. Zullo - Chief Credit Officer<br>Signature of Petitioner or Representative (State title)<br><u>Olympus America, Inc.</u>  10/21/04<br>Name of Petitioner  Date Signed<br>Douglas Zullo<br>Name & Mailing  2 Corporate Center Dr,<br>Address of Individual  Melville, NY 11747<br>Signing in Representative<br>Capacity | X /s/ Cindy M. Johnson  10/26/04<br>Signature of Attorney  Date<br><u>Johnson & Associates</u><br>Name of Attorney Firm (If any)<br>105 W. Adams St., Suite 3500<br>Address<br>Chicago, IL 60603<br>Telephone No.<br>312-345-1306 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unisource Worldwide, Inc., 850 N. Arlington Heights Rd., Itasca, IL 60143 | trade debt | $ 273,495.97 plus interest |
| Diagnostic Products Corporation, 5700 W. 96th Street, Los Angeles, CA 90045 | trade debt | $ 65,977.57 |
| Olympus America, Inc., 2 Corporate Center Dr., Melville, NY 11747 | trade debt | $ 359,357.76 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$ 698,831.30 |

_____ continuation sheets attached