IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| RAVENSWOOD MEDICAL RESOURCES CORPORATION, | ) 04 B 39804 |
| | ) Chapter 7 |
| | ) Jacqueline P. Cox |
| Debtor. | ) |

**COVER SHEET FOR APPLICATION**
**FOR PROFESSIONAL COMPENSATION**
(for final Application)

Name of Applicant:  Cindy M. Johnson of Johnson Legal Group, LLC

Authorized to Provide Professional Services to:  Trustee estate of Ravenswood Medical Resources Corporation, Karen R. Goodman

Date of Order Authorizing Employment:  June 1, 2005 authorized services retroactive to those rendered from January 19, 2005 forward)

Period for Which Compensation is Sought:  From January 19, 2005 through June 18, 2010

Amount of Fees Sought:  $26,118.85 ($22,348.00 in hourly fees and $6,770.85 in contingency fees—less $3,000.00 reduction in order to increase distribution to creditors)

Amount of Expense Reimbursement Sought:  $2,554.62

This is an:  Interim Application _____   Final Application __X___

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 4/22/07 | 1/19/05-3/12/07 | $15,208.13 | $15,208.13 | $   -0- |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:
$15,208.13

Applicant:  Cindy M. Johnson of Johnson Legal Group, LLC

Date: Signed: 7/7/10         By: /s/ Cindy M. Johnson