UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RAVENSWOOD MEDICAL RESOURCES CORPORATION, | ) ) | No. 04 B 39804 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline Cox |

## ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOHNSON LEGAL GROUP, LLC AS SPECIAL COUNSEL FOR THE TRUSTEE

| | | | |
|---|---|---|---|
| Total Fees Requested: | $ 26,118.85[1] | Total Expenses Requested: | $ 2,554.52 |
| Total Fees Reduced: | 0.00 | Total Expenses Reduced: | 99.65 |
| Total Fees Allowed: | $ 26,118.85 | Total Expenses Allowed: | $ 2,454.87 |

**TOTAL FEES AND EXPENSES ALLOWED: $28,573.72**

The Court has underlined the attached time and expense entries which have been disallowed in whole or in part. The basis for each disallowance is disclosed by the numerical notation which appears next to each highlighted entry. The numerical notations refer to the enumerated paragraphs below.

(3)   Reimbursement Limited to Actual, Necessary Expenses

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. § 330(a)(1)(B) and § 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopies at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

IT IS SO ORDERED

DATED: July 14, 2010                                        ENTER:

                                                            J. Cox   *Jacqueline P. Cox*
                                                            _____
                                                            Jacqueline P. Cox
                                                            United States Bankruptcy Judge

---

[1] This amount includes a voluntary reduction of $3,000 that Johnson Legal Group, LLC agreed to take to help facilitate the distribution to creditors.

Invoice # Sample                                                                                       April 17, 2007

## DISBURSEMENTS

|            | Filing Fee                          | 286.00   |
|            | Postage                             | 22.75    |
| Jan-12-07  | Inhouse Copies                      | 16.50    (3) -$5.50
| Jan-31-07  | Deposition Examination & Transcript | 369.60   |

            Totals                                          $694.85

            **Total Fee & Disbursements**                   $11,110.35

**BALANCE NOW DUE**                                         $11,110.35

TAX ID Number    11-3751102

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-10-09 | Review of file for original documents for conference today with James Roth. -VILLAR FORECLOSURE | 0.20 | 30.00 | JJG |
| | Conference with James Roth: exchanged signed settlement documents. He will ask court to enter agreed dismissal order on 2/19/09. -VILLAR FORECLOSURE | 0.20 | 30.00 | JJG |
| Feb-19-09 | Prepared letter to client enclosing check (courtesy discount - no charge) | 0.30 | 0.00 | CMJ |
| Feb-20-09 | Left detailed voice mail message for James Roth, requesting copy of 2/19/09 order(s) -- VILLAR FORECLOSURE | 0.10 | 0.00 | JJG |
| | Emails back and forth with James Roth re 2/19/09 dismissal order -- VILLAR FORECLOSURE | 0.20 | 0.00 | JJG |
| | Sent email to CMJ re 2/19/09 dismissal order -- VILLAR FORECLOSURE. | 0.10 | 0.00 | JJG |
| Jun-22-09 | Telephone call with trustee (courtesy discount - no charge) | 0.10 | 0.00 | CMJ |
| Jun-18-10 | Preparation of final petition for fees. | 1.80 | 360.00 | CMJ |
| | Totals | 60.80 | $8,842.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 294.00 |
| Apr-27-07 | copies-1st Interim Fee Petition | 134.85 (3) — $44.95 |
| | Postage - Substituted First Fee Petition | 42.93 |
| Jul-31-07 | postage | 5.21 |
| Jan-25-08 | Court Costs | 9.10 |
| Jan-31-08 | Court Costs | 80.00 |
| Feb-29-08 | Service of Citation to discover assets Inv 176184 | 55.00 |
| Mar-28-08 | Court Costs | 188.00 |
| May-23-08 | postage | 5.32 |
| | Court Costs | 80.00 |
| Jul-25-08 | Court Costs | 6.00 |
| Aug-08-08 | Invoices# 194497 &193659 Service of Citation to Discover Assets | 110.00 |
| Oct-30-08 | Postage | 64.93 |
| | Court Costs | 150.00 |

Invoice #: Sample                                                                                    June 9, 2010

| | | |
|---|---:|---:|
| Photocopy Expense | 147.50 | (3) – 49.20 |
| Totals | $1,372.84 | |
| **Total Fee & Disbursements** | | $10,215.34 |
| Previous Balance | | 11,631.20 |
| Previous Payments | | 11,631.20 |
| **BALANCE NOW DUE** | | **$10,215.34** |

TAX ID Number     11-3751102