|   |   |
|---|---|
| The Honorable: | JACQUELINE P COX |
| Chapter 7 | |
| Location: | Room 619 |
| Hearing Date: | 11/18/2010 |
| Hearing Time: | 09:30 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RAVENSWOOD MEDICAL § Case No. 04-39804
RESOURCES CORPOR §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/18/2010 in Courtroom 619, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/14/2010    By:    /s/KAREN R. GOODMAN
                                   Trustee

KAREN R. GOODMAN
111 EAST WACKER DRIVE, SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter  7 | |
| 111East Wacker Drive | Location: | Room 619 |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: RAVENSWOOD MEDICAL RESOURCES CORPOR  §  Case No. 04-39804
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    74,796.73

*and approved disbursements of*    $    42,147.25

*leaving a balance on hand of* [1]    $    32,649.48

Claims of secured creditors will be paid as follows:

*Claimant*                                                 *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 6,989.84 | $ 170.00 |
| *Attorney for trustee* | SHEFSKY & FROELICH LTD. | $ 2,712.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,882.10 | $ 2.42 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 867,452.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Canberra Dover, Inc. | $ 10,614.71 | $ 419.21 |
| 2 | Steris Corporation | $ 22,385.21 | $ 884.07 |
| 3-2 | Unisource Worldwide, Inc. | $ 273,495.97 | $ 10,801.26 |
| 4 | Eastern Isotopes | $ 6,650.00 | $ 262.63 |
| 5 | Gaymar | $ 44,400.00 | $ 1,753.50 |
| 6 | Canberra Dover, Inc. | $ 10,614.71 | $ 419.21 |
| 7 | Alarm Detection Systems | $ 970.95 | $ 38.35 |
| 8 | Alcon Laboratories | $ 5,099.00 | $ 201.38 |
| 9S | Bayer Healthcare LLC | $ 6,300.00 | $ 248.81 |
| 9U | Bayer Healthcare LLC | $ 7,894.76 | $ 311.79 |
| 11 | McKesson | $ 17,982.62 | $ 710.19 |
| 12 | Dade Behring, Inc. | $ 1,665.30 | $ 65.77 |
| 13 | Mallinckrodt Inc | $ 100,021.32 | $ 3,950.17 |
| 14 | Olympus America INc. | $ 359,357.76 | $ 14,192.22 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                            Prepared By: /s/KAREN R. GOODMAN
                                                   Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: choward                Page 1 of 2                   Date Rcvd: Oct 15, 2010
Case: 04-39804                Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Oct 17, 2010.
db         +Ravenswood Medical Resources Corporation,    1229 N Northbranch,   Ste 107A,
             Chicago, IL 60642-6946
aty        +Beth A. Osborn,    Johnson & Newby LLC,    39 S. LaSalle Street,    Suite 820,
             Chicago, IL 60603-1616
aty        +Cindy M. Johnson,    Johnson Legal Group LLC,    39 S. LaSalle Street,    Suite 820,
             Chicago, IL 60603-1616
aty        +John J Grieger, Jr,    Johnson & Newby, LLC,    39 South LaSalle Street,    Suite 820,
             Chicago, IL 60603-1616
aty        +Richard H Fimoff,    Robbins, Salomon & Patt Ltd,    25 E Washington Street,   Suite 1000,
             Chicago, IL 60602-1796
tr         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-4277
8895501    +ADvanced Medical Optics,    Dept. Ch14065,   Palatine IL 60055-0001
8895502     Alarm Detection Systems,    Steven D Titiner,   1700 N Farnsworth,    Aurora IL 60505-1523
8895503     Alcon Laboratories,    6201 South Freeway TC 29,    Fort Worth TX 76134-2099
8895505    +Bio-Rad Laboratories,    PO Box 70375,   Chicago IL 60673-0375
8895506    +Bunzi,   5772 Collection Center,    Chicago IL 60673-0001
8942696    +Canberra Dover, Inc.,    Dorothy E. Trella,   Canberra Industries Inc.,    800 Research Parkway,
             Meriden, CT 06450-7169
8895507    +Dade Behring,    135 S LaSalle St,   Chicago IL 60603-4177
9634328    +Dade Behring, Inc.,    Attn: Yesim Brisbane,    Glasgow Buisness Community Bldg. 800,
             PO Box 6101, Mailstop,   Newark DE 19714-6101
8895508    +Datex Ohmeda,    PO Box 641936,   Pittsburgh PA 15264-1936
8895509    +Diagnostic Products Corp,    5700 W 96th St,   Los Angeles CA 90045-5544
8895511    +Eastern Isotopes,    PO Box 1096,   Ashburn VA 20146-1096
8895512    +Exelon,   540 W Executive Drive,    Willowbrook IL 60527-5602
8895513    +Gaymar,    10 Centre Drive,    Orchard Park NY 14127-2295
8895514    +General Electric Co,    c/o Pitney, Hardin, Kipp & Szu,    685 Third Avenue,
             New York NY 10017-4024
8895510    +Johnson & Associates,    105 W Adams St,   Suite 3500,    Chicago IL 60603-6223
8895516    +Lagasse,    1339 Collection Center,    Chicago IL 60677-0001
8895517    +Mallinckrodt Inc,    PO Box 73192,   Chicago IL 60673-7192
8895518    +McKesson,    PO Box 371269,   Pittsburgh PA 15250-7269
9575376    +McKesson,    8741 Landmark Rd,   Richmond VA 23228-2800
8895519    +Midwest Mechanical,    540 Executive Drive,   Willowbrook IL 60527-5690
8895520    +Olympus America INc.,    2 Corporate Center Dr,    Melville NY 11747-3265
8895522     Preston, Sammons,    c/o Joseph Mann & Creed,    21430 Chagrin Blvd, Ste 200,   Beachwood OH 44122
8895521    +Ryan Cornerstone,    2505 Des Plaines Ave,   North Riverside IL 60546-1521
8895523    +Schein, Henry,    135 Duryea Road,   Melville NY 11747-3834
8895524    +Steris Corporation,    c/o United Mercantile Agencies,    600 S 7th St,   Louisville KY 40203-1968
8895525    +Unisource Worldwide, Inc.,    Floyd Babbitt, Esq.,    Fagelhaber, LLC,
             55 E Monroe Street, 40th Floor,    Chicago IL 60603-5713
8895526    +United States Surgical,    150 Glover Avenue,   Norwalk CT 06850-1346
8895527    +Viasys Medsystems/Stackhouse,    100 Chaddick Drive,    Wheeling IL 60090-6006
8895528    +Weck Closure Systems,    200 Precision Road,   Horsham PA 19044-1227
8895529    +Wilson-Cook Medical,    8 Holly Street,   Lakeville CT 06039-1409
8895530     Zoll Medical,    169 Mill Road,   Chelmsford MA 01824
8895515    +jOhnson & Johnson,    5972 Collection Center,    Chicago IL 60693-0001

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-4277
8895504   ##+Bayer Healthcare LLC,    1884 Miles Avenue,   Elkhart IN 46514-2291,
             Attn: Shirley Beach, F11.110.2
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: choward           Page 2 of 2            Date Rcvd: Oct 15, 2010
Case: 04-39804                Form ID: pdf006         Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2010**              **Signature:** _Joseph Speetjens_