KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable: JACQUELINE P COX
Chapter 7
Location: _____
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RAVENSWOOD MEDICAL RESOURCES CORPOR § Case No. 04-39804
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $34,259.79 | Claims Discharged Without Payment: $873,791.52 |
| Total Expenses of Administration: $53,903.61 | |

3) Total gross receipts of $ 74,797.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $74,797.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 54,003.36 | 53,903.61 | 53,903.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 815,870.00 | 867,452.31 | 867,452.31 | 34,259.79 |
| **TOTAL DISBURSEMENTS** | $815,870.00 | $921,455.67 | $921,355.92 | $88,163.40 |

4) This case was originally filed under Chapter 7 on October 26, 2004. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2011          By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TURNOVER OF FUNDS BY ASSIGNEE FOR BEN. OF CRED. | 1290-000 | 46,808.17 |
| CAUSE OF ACTION AGAINST VILLAR FOR FRAUD. CONVEY | 1241-000 | 27,083.33 |
| Interest Income | 1270-000 | 906.46 |
| **TOTAL GROSS RECEIPTS** | | **$74,797.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 6,989.84 | 6,989.84 | 6,989.84 |
| KAREN R. GOODMAN | 2200-000 | N/A | 170.00 | 170.00 | 170.00 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 2,712.00 | 2,712.00 | 2,712.00 |
| Johnson Legal Group, LLC | 3210-600 | N/A | 12,092.35 | 12,092.35 | 12,092.35 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Johnson Legal Group, LLC | 3220-610 | N/A | 1,372.84 | 1,273.09 | 1,273.09 |
| ALAN D. LASKO | 3410-000 | N/A | 1,882.10 | 1,882.10 | 1,882.10 |
| ALAN D. LASKO | 3420-000 | N/A | 2.42 | 2.42 | 2.42 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 35.36 | 35.36 | 35.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 48.18 | 48.18 | 48.18 |
| CINDY M. JOHNSON | 3210-600 | N/A | 14,026.35 | 14,026.35 | 14,026.35 |
| CINDY M. JOHNSON | 3220-610 | N/A | 1,181.78 | 1,181.78 | 1,181.78 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 36.41 | 36.41 | 36.41 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 27.74 | 27.74 | 27.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 60.40 | 60.40 | 60.40 |
| Johnson Legal Group LLC | 3210-600 | N/A | 12,092.50 | 12,092.50 | 12,092.50 |
| Johnson Legal Group LLC | 3220-610 | N/A | 1,273.09 | 1,273.09 | 1,273.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 54,003.36 | 53,903.61 | 53,903.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Canberra Dover, Inc. | 7100-000 | N/A | 10,614.71 | 10,614.71 | 419.23 |
| 2 | Steris Corporation | 7100-000 | 22,385.00 | 22,385.21 | 22,385.21 | 884.10 |
| 3 -2 | Unisource Worldwide, Inc. | 7100-000 | 273,495.00 | 273,495.97 | 273,495.97 | 10,801.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Eastern Isotopes | 7100-000 | 1,050.00 | 6,650.00 | 6,650.00 | 262.64 |
| 5 | Gaymar | 7100-000 | 44,400.00 | 44,400.00 | 44,400.00 | 1,753.57 |
| 6 | Canberra Dover, Inc. | 7100-000 | N/A | 10,614.71 | 10,614.71 | 419.22 |
| 7 | Alarm Detection Systems | 7100-000 | 1,447.00 | 970.95 | 970.95 | 38.35 |
| 8 | Alcon Laboratories | 7100-000 | 5,099.00 | 5,099.00 | 5,099.00 | 201.38 |
| 9S | Bayer Healthcare LLC | 7100-000 | 5,336.00 | 6,300.00 | 6,300.00 | 248.82 |
| 9U | Bayer Healthcare LLC | 7100-000 | N/A | 7,894.76 | 7,894.76 | 311.80 |
| 11 | McKesson | 7100-000 | 5,971.00 | 17,982.62 | 17,982.62 | 710.22 |
| 12 | Dade Behring, Inc. | 7100-000 | 1,665.00 | 1,665.30 | 1,665.30 | 65.77 |
| 13 | Mallinckrodt Inc | 7100-000 | 55,066.00 | 100,021.32 | 100,021.32 | 3,950.31 |
| 14 | Olympus America INc. | 7100-000 | 359,357.00 | 359,357.76 | 359,357.76 | 14,192.73 |
| NOTFILED | Advanced Medical Optics | 7100-000 | 40,599.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 815,870.00 | 867,452.31 | 867,452.31 | 34,259.79 |

**UST Form 101-7-TDR (10/1/2010)**

Case 04-39804   Doc 84   Filed 05/04/11   Entered 05/04/11 11:51:41   Desc Main
Document     Page 6 of 13

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-39804
**Case Name:** RAVENSWOOD MEDICAL RESOURCES CORPOR
**Period Ending:** 04/18/11

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 10/26/04 (f)
**§341(a) Meeting Date:** 03/16/05
**Claims Bar Date:** 08/05/05

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TURNOVER OF FUNDS BY ASSIGNEE FOR BEN. OF CRED. (u)    CK. FROM HOWARD SAMUELS PLUS ACCOUNTING, WHICH TRUSTEE MUST VERIFY | Unknown | 46,808.17 | | 46,808.17 | FA |
| 2 | CAUSE OF ACTION AGAINST VILLAR FOR FRAUD. CONVEY (u)    PER COURT ORDER DATED 7/9/07 JUDGMENT ENTERED AGAINST VILLAR FOR $50,000. | Unknown | Unknown | | 27,083.33 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 906.46 | FA |
| 3 | Assets    Totals (Excluding unknown values) | $0.00 | $46,808.17 | | $74,797.96 | $0.00 |

**Major Activities Affecting Case Closing:**

  File TDR when appropriate.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006     **Current Projected Date Of Final Report (TFR):** October 15, 2010 (Actual)

Printed: 04/18/2011 10:21 AM    V.12.56

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-39804 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***5893 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/07/05 | {1} | RAVENSWOOD MEDICAL RESOURCES | TRANSFER OF NET PROCEEDS FROM ASSIGNMENT FOR BENEFIT OF CREDITORS | 1290-000 | 46,808.17 | | 46,808.17 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 10.32 | | 46,818.49 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 13.47 | | 46,831.96 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 13.92 | | 46,845.88 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 14.95 | | 46,860.83 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 16.24 | | 46,877.07 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 17.92 | | 46,894.99 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 18.44 | | 46,913.43 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 20.38 | | 46,933.81 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.22 | | 46,955.03 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.48 | | 46,978.51 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.46 | | 47,004.97 |
| 02/10/06 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2006 FOR CASE #04-39804 | 2300-000 | | 35.36 | 46,969.61 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 25.25 | | 46,994.86 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 27.95 | | 47,022.81 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.77 | | 47,052.58 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.98 | | 47,084.56 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.97 | | 47,115.53 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.02 | | 47,147.55 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.05 | | 47,179.60 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.98 | | 47,209.58 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.09 | | 47,242.67 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.05 | | 47,273.72 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.03 | | 47,303.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.54 | | 47,335.29 |
| 02/06/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #04-39804 | 2300-000 | | 48.18 | 47,287.11 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.59 | | 47,310.70 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.26 | | 47,335.96 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.11 | | 47,362.07 |
| 05/18/07 | 1003 | CINDY M. JOHNSON | SPECIAL LITIGATION COUNSEL FEES PER COURT ORDER DATED 5/1607 | 3210-600 | | 14,026.35 | 33,335.72 |
| 05/18/07 | 1004 | CINDY M. JOHNSON | SPECIAL LITIGATION COUNSEL FEES PER | 3210-600 | | 14,026.35 | 19,309.37 |

Subtotals :   $47,445.61   $28,136.24

{} Asset reference(s)

Printed: 04/18/2011 10:21 AM   V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 04-39804
Case Name: RAVENSWOOD MEDICAL RESOURCES CORPOR

Taxpayer ID #: **-***5893
Period Ending: 04/18/11

Trustee: KAREN R. GOODMAN (520191)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****80-65 - Money Market Account
Blanket Bond: $61,494,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COURT ORDER DATED 5/1607<br>Voided on 05/18/07 | | | | |
| 05/18/07 | 1004 | CINDY M. JOHNSON | SPECIAL LITIGATION COUNSEL FEES PER COURT ORDER DATED 5/1607<br>Voided: check issued on 05/18/07 | 3210-600 | | -14,026.35 | 33,335.72 |
| 05/18/07 | 1005 | CINDY M. JOHNSON | SPECIAL LITIGATION COUNSEL FEES PER COURT ORDER DATED 5/1607 | 3220-610 | | 1,181.78 | 32,153.94 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.42 | | 32,177.36 |
| 06/04/07 | {2} | JOHNSON & NEWBY, LLC | 1ST INST SETTLEMENT WITH VILLARE PER COURT ORDER DATED 2/7/07 | 1241-000 | 2,083.33 | | 34,260.69 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.46 | | 34,278.15 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.52 | | 34,297.67 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.92 | | 34,316.59 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.10 | | 34,333.69 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.16 | | 34,353.85 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 17.87 | | 34,371.72 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 17.50 | | 34,389.22 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 15.72 | | 34,404.94 |
| 02/05/08 | 1006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #04-39804, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 36.41 | 34,368.53 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 7.05 | | 34,375.58 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.38 | | 34,381.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.79 | | 34,386.75 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.30 | | 34,391.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.37 | | 34,395.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.37 | | 34,399.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.09 | | 34,403.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.51 | | 34,408.39 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.75 | | 34,412.14 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.70 | | 34,414.84 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.44 | | 34,417.28 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 34,418.68 |
| 02/06/09 | 1007 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #04-39804, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 27.74 | 34,390.94 |

Subtotals: $2,301.15   $-12,780.42

{} Asset reference(s)

Printed: 04/18/2011 10:21 AM   V.12.56

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-39804 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***5893 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 34,392.25 |
| 03/02/09 | {2} | Chicago Title Insurance Co. | Settlement with Wells Fargo per Court Order dated 11/5/08. | 1241-000 | 25,000.00 | | 59,392.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.44 | | 59,394.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 59,397.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.34 | | 59,399.45 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.58 | | 59,402.03 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,404.53 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,407.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 59,409.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 59,411.87 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,414.37 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,416.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.34 | | 59,419.21 |
| 02/04/10 | 1008 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #04-39804, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 60.40 | 59,358.81 |
| 02/04/10 | 1008 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #04-39804, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -60.40 | 59,419.21 |
| 02/04/10 | 1009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #04-39804, Bond #016026455 | 2300-000 | | 60.40 | 59,358.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.26 | | 59,361.07 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 59,363.73 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.53 | | 59,365.26 |
| 04/20/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -59,365.26 | | 0.00 |
| | | | ACCOUNT TOTALS | | 15,416.22 | 15,416.22 | $0.00 |
| | | | Less: Bank Transfers | | -59,365.26 | 0.00 | |
| | | | Subtotal | | 74,781.48 | 15,416.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $74,781.48 | $15,416.22 | |

{} Asset reference(s)

Printed: 04/18/2011 10:21 AM V.12.56

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-39804 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******80-65 - Money Market Account |
| Taxpayer ID #: | **-***5893 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 59,365.26 | | 59,365.26 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.25 | | 59,366.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,370.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.41 | | 59,373.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,376.98 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,380.51 |
| 08/31/10 | 11010 | Johnson Legal Group LLC | Final Compensation to Special Litigation Counsel per Court Order of 07/14/2010 | 3210-600 | | 12,092.50 | 47,288.01 |
| 08/31/10 | 11011 | Johnson Legal Group LLC | Final Expenses to Special Litigation Counsel per Court Order of 07/14/2010 | 3220-610 | | 1,273.09 | 46,014.92 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.63 | | 46,015.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,015.94 |
| 11/18/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.21 | | 46,016.15 |
| 11/18/10 | Int | The Bank of New York Mellon | Interest adjustment for late day MMA closeout | 1270-000 | 0.01 | | 46,016.16 |
| 11/18/10 | | To Account #9200******8066 | FUNDS TRANSFER FOR DISTRIBUTION PER COURT ORDER OF 11/18/2010 | 9999-000 | | 46,016.15 | 0.01 |
| 11/18/10 | | Transfer to account #92000890838066 | Interest adjustment for late day MMA closeout | 9999-000 | | 0.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 59,381.75 | 59,381.75 | $0.00 |
| | | | Less: Bank Transfers | | 59,365.26 | 46,016.16 | |
| | | | **Subtotal** | | 16.49 | 13,365.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16.49** | **$13,365.59** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/18/2011 10:21 AM　V.12.56

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 04-39804 | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***5893 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/18/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/10 | | Transfer from account #92000890838065 | Interest adjustment for late day MMA closeout | 9999-000 | | -0.01 | 0.01 |
| 11/18/10 | Int | The Bank of New York Mellon | Interest adjustment for late day MMA closeout | 1270-000 | -0.01 | | 0.00 |
| 11/18/10 | | From Account #9200******8065 | FUNDS TRANSFER FOR DISTRIBUTION PER COURT ORDER OF 11/18/2010 | 9999-000 | 46,016.15 | | 46,016.15 |
| 11/18/10 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 11/18/2010 | 3420-000 | | 2.42 | 46,013.73 |
| 11/18/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 11/18/2010 | 3410-000 | | 1,882.10 | 44,131.63 |
| 11/18/10 | 103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 11/18/2010 | 2200-000 | | 170.00 | 43,961.63 |
| 11/18/10 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/18/2010 | 2100-000 | | 6,989.84 | 36,971.79 |
| 11/18/10 | 105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 11/18/2010 | 3110-000 | | 2,712.00 | 34,259.79 |
| 11/18/10 | 106 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 11/18/2010<br>Stopped on 02/21/11 | 7100-000 | | 419.23 | 33,840.56 |
| 11/18/10 | 107 | Steris Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 884.10 | 32,956.46 |
| 11/18/10 | 108 | Unisource Worldwide, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3-2 PER COURT ORDER DATED 11/18/2010<br>Voided on 11/18/10 | 7100-000 | | 10,801.65 | 22,154.81 |
| 11/18/10 | 108 | Unisource Worldwide, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3-2 PER COURT ORDER DATED 11/18/2010<br>Voided: check issued on 11/18/10 | 7100-000 | | -10,801.65 | 32,956.46 |
| 11/18/10 | 109 | Eastern Isotopes | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 262.64 | 32,693.82 |
| 11/18/10 | 110 | Gaymar | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 1,753.57 | 30,940.25 |
| 11/18/10 | 111 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 11/18/2010<br>Stopped on 02/21/11 | 7100-000 | | 419.22 | 30,521.03 |

Subtotals: $46,016.14   $15,495.11

{} Asset reference(s)

Printed: 04/18/2011 10:21 AM   V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 04-39804 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***5893 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/18/10 | 112 | Alarm Detection Systems | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 38.35 | 30,482.68 |
| 11/18/10 | 113 | Alcon Laboratories | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 201.38 | 30,281.30 |
| 11/18/10 | 114 | Bayer Healthcare LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9S PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 248.82 | 30,032.48 |
| 11/18/10 | 115 | Bayer Healthcare LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9U PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 311.80 | 29,720.68 |
| 11/18/10 | 116 | McKesson | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 710.22 | 29,010.46 |
| 11/18/10 | 117 | Dade Behring, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 65.77 | 28,944.69 |
| 11/18/10 | 118 | Mallinckrodt Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 13 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 3,950.31 | 24,994.38 |
| 11/18/10 | 119 | Olympus America INc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 14 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 14,192.73 | 10,801.65 |
| 11/18/10 | 120 | Unisource Worldwide, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3-2 PER COURT ORDER OF 11/18/2010 | 7100-000 | | 10,801.65 | 0.00 |
| 02/21/11 | 106 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 11/18/2010<br>Stopped: check issued on 11/18/10 | 7100-000 | | -419.23 | 419.23 |
| 02/21/11 | 111 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 11/18/2010<br>Stopped: check issued on 11/18/10 | 7100-000 | | -419.22 | 838.45 |
| 02/21/11 | 121 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds<br>Voided on 02/22/11 | 5600-000 | | 838.45 | 0.00 |
| 02/22/11 | 121 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds<br>Voided: check issued on 02/21/11 | 5600-000 | | -838.45 | 838.45 |
| 02/22/11 | 122 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED | 7100-000 | | 419.23 | 419.22 |

Subtotals : $0.00 $30,101.81

{} Asset reference(s)

Printed: 04/18/2011 10:21 AM V.12.56

Case 04-39804    Doc 84    Filed 05/04/11    Entered 05/04/11 11:51:41    Desc Main
Document    Page 13 of 13

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 04-39804 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | RAVENSWOOD MEDICAL RESOURCES CORPOR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***5893 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/18/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11/18/2010 | | | | |
| 02/22/11 | 123 | Canberra Dover, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 11/18/2010 | 7100-000 | | 419.22 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 46,016.14 | 46,016.14 | $0.00 |
| | Less: Bank Transfers | | 46,016.15 | -0.01 | |
| | Subtotal | | -0.01 | 46,016.15 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $-0.01 | $46,016.15 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 74,781.48 | 15,416.22 | 0.00 |
| MMA # 9200-******80-65 | 16.49 | 13,365.59 | 0.00 |
| Checking # 9200-******80-66 | -0.01 | 46,016.15 | 0.00 |
| | $74,797.96 | $74,797.96 | $0.00 |

{} Asset reference(s)    Printed: 04/18/2011 10:21 AM    V.12.56